In the Supreme Court of Georgia

Decided: May 5, 2023

S22Y0394.  IN THE MATTER OF SAWAND PALMER

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Sawand Palmer (State Bar No. 787590) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Palmer,* 313 Ga. 115 (868 S.E.2d 234) (2022), it is hereby ordered that Sawand Palmer be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*